Good morning. May it please the Court. I'm Robert Jobe and I'm appearing today on behalf of the petitioner Arturo Hernández-Ordaz, who was found ineligible for asylum by the Board of Immigration Appeals on the grounds that he failed to establish that the harm he suffered in Mexico was even in part on account of his political opinion. Mr. Hernández's problems began when a member of the PRI, Mexico's leading political party, invited him to join a fledgling community. Fausto is the man's name, and on page 81 of the record it says, Fausto invited me to participate in politics and I put up a little sign that said I was chief of the block. He, in effect, was invited to be the leader of a block of this community. He goes on to testify in testimony that was deemed credible by the immigration judge, and this is on page 86. They told all the people in the community that they should go to the block captains, like himself, for everything that they might need. I was supposed to solve problems or disputes, and that was his position. Essentially, it was a political position within the PRI. Anyway, at some point, a woman in the neighborhood was robbed of certain building materials. She went to the police. The police refused to assist her, so she went to the person, the block captain, Mr. Hernández Ordaz, and he assisted her, and as a result, he was severely beaten by eight men. And the critical passage of the transcript, I think, that probably this case turns on this passage, is on page 94 of the administrative record, where Mr. Hernández Ordaz was asked, what did these men essentially, what did they say to you when they attacked you? He said, and the provision here is somewhat ambiguous. This is on page 94, lines 20 and 21. They're talking about the leader of the eight men who attacked him. He says, yes, he also said that I had beaten him up for the position of block captain. There's somewhat of a dispute about what that means, but no matter how you interpret that, it seems to me, you have to conclude that there's compelling evidence here that this attack was on account of this man's political opinion. We say that that phrase, the most sensible reading of that phrase, is that he was beaten out for the position of block captain. He was beaten out for a position within the PRI, and this man was upset, and he voiced his anger about being beat out for this position during the attack. Clearly, that would be on account of political opinion, being beaten out for a position within a political party by a rival, who then voices his anger about that during an attack on you. We would say that's compelling evidence that you were attacked on account of political opinion. The government says, no, it doesn't mean that, but rather he was, this man was saying that he was beating him up because of his position as block captain. Again, I really don't think it matters, because even if that's true, even if the government is correct that this man is saying that this attack is predicated upon his position as block captain, that, again, would compel the conclusion that this attack was at least a part on account of political opinion, because block captain was a recognized position within the PRI. How do we know, I'm sorry, how do we know that it was a recognized position in the PRI? Simply because Fausto invited him to join the PRI and then said, you can join this community and you'll be block captain? Is this a PRI community? Is this a government-sponsored community? It doesn't seem, initially, Your Honor, it doesn't seem to have been a government-sponsored community. It seems to have been something that the local PRI itself had put together. Because if you look at the transcript again, and I know you're familiar with this, but at some point he said early on the government was opposed to the community, but then they essentially acceded to its formation. So it wasn't initially a government-sponsored, it was a PRI project at the local level. Okay, but what makes us think that the position of block captain carries any kind of political connotation for it? Well, I guess it depends on how you define politics. It seems to me that this is inherently a political position, because politics, it seems to me, is developing leadership in the community and solving disputes in the community. But if you were block captain of your neighborhood, you wouldn't necessarily affiliate that with any particular political party. But what makes this affiliated with the PRI in Mexico? Well, essentially that's what the testimony was, is that the PRI seems to be formed in this community. First off, Fauci was a member of the PRI. Fauci was the man who invited him to join the community. But there are a couple sentences that sprinkle throughout the testimony. Let's look at page 84. And a lot of this comes up during, obviously, questioning by the government lawyer, because the government lawyer is the only one who conducted any questioning at all. On page 84, the government lawyer poses the question, let me ask you, in which you were the block captain for the PRI, he says, was that the block where your shop was? And he says, yes. Implicit in the government attorney's question is that this was a PRI position. Do we know whether the man that had stolen the materials, who had all the weapons, whether he was a member of the PRI? It's not clear. I don't think it's ever made clear. Oh, yes. Actually, I take that back. Yes, he was clearly a member of the PRI because he said that he, the testimony was that he had the protection of the federal government. That's the would-be assassin who says this guy's got the protection of the government. So we don't really know whether he's protected by the government or not, but somebody said he was. Right, exactly. The person who was hired to assassinate him says that this person who had hired him had the protection of the federal government. And on page 99 of the record, Mr. Hernandez-Ordaz testified that the PRI was, in fact, controlled by the federal government. But going back to your question about whether this was an official PRI position, again, on page 100 of the record, it begins on page 99 when he's talking about this Fausto. You indicated that Fausto represented the PRI. Is that correct? He says yes. He was just beginning to become involved with the PRI. Then the next question is, and you were the block captain for the PRI in your area, correct? And he says, well, supposedly I was supposed to take some initiative for the PRI, but it never happened. So he's basically saying, yes, this was a PRI position, but I didn't really carry out my duties because this stuff happened and I backed away. Let me ask you, because I'm not sure I understand. I thought from your brief that your position was not simply that it was political opinion because he won some kind of race with somebody else to be block captain, but that there was some link to exposure of corrupt activities. I think that's another way of looking at it, Your Honor. But I think the easiest way of looking at it, and we do mention this in our brief, but the easiest way of looking at it is simply that this was a political position within the PRI and he was targeted either because he beat out somebody for that position or he was targeted because of the position. There's no question that his the, but for his position as block captain, he would not have been targeted. I don't think anybody can dispute that. It seems like a big stretch to say that that's on account of political opinion if somebody's mad because somebody is going to be the block captain. I totally disagree with that. I know you do. The reason I disagree with that is because, well, I guess twofold. One, it's clear from the record that the position is a position within the PRI. It's a position within a political party, and he's being targeted for carrying out the activities of a position within a political party. That, to me, seems inherently political. If you're attacked for carrying out the political activities of a position that you hold within a political party, that clearly to me seems to be persecution that's at least in part on account of political opinion. I thought that in the brief the reliance was upon the Grava case, suggesting that this was some type of whistleblowing activity to reveal the corruption of government in some fashion, and just a moment ago I thought perhaps you were suggesting to Judge Schroeder that that's not really the position at this point of the petitioner. Well, what I'm saying is I think there's a simpler way of looking at this. Grava, I think, is one approach to this case, but another approach, and we mentioned this on page 23 of our brief, another approach is just the simplest way of looking at this case, and I think it resolves the case, and it resolves it in a very simple fashion, is that he held a position within a political party, and he was attacked for carrying out the duties of that position. Now, Your Honor, I appreciate your concern where this, you know, how is this inherently political, but I guess the duties involved here, but I guess what I would say in response to that is that politics, whether something is political, it depends on context, and in this particular situation, what was clear is that the police refused to help these basically poor people, and as a result, the leaders of this, the people in this political party, they had the responsibility for solving disputes in the community, and that was the duty that he, those were the duties that he was assigned here. Is there any evidence that the police declined to do it because they were affiliated with the PRI? This appears to be just a flat case of police corruption, and in fact, I think the second time he goes to the police, it's not even clear that he actually talks to the police. It's somebody who says, oh, they're not going to do anything unless you give them money. I agree with that. I also think that's irrelevant because the point is police were unable or unwilling to protect him. That's why the police involvement matters in this case, but it also matters because it makes his duties political. Well, I come from, I've spent a lot of time in Chicago, and I would really, there are all kinds of problems of similar nature in Chicago, and I really don't see how we can say that there's somehow political, it's an expression of political opinion and persecution every time that there's a problem within the internal structure of the Democratic Party in Chicago where somebody gets beaten up. Not every time, Your Honor, but simply if I could just say this in closing. Seems similar. But if the courts, I think it would be simply untenable for the courts to hold that somebody who holds a position within a political party, who carries out the duties of that position on behalf of the party, and then is brutally attacked by eight men and then threatened with death as a result of carrying out the duties that he holds in that position on behalf of a political party, did not suffer persecution that's at least in part on account of political opinion, that to me would seem to be both illogical and absurd. You're doing a good job. Thank you. We'll hear from the government. Good morning. May it please the Court, William Minnick representing the respondent. The issue in this case is whether Petitioner was mistreated on account of political opinion. Petitioner argues that he was targeted, one, because he criticized the leader of the PRI and took actions against his corruption, and two, because of his decision to carry out his duties as block captain, which he characterizes as a political position. Turning to the evidence in this record, there is no evidence that the Neighborhood Thief in this case attacked Petitioner because of a political opinion. There's no evidence in the record that the Neighborhood Thief was a government official or a party leader, and there's no evidence that his theft of the building materials was government corruption. The only evidence regarding the Neighborhood Thief's political connections were the following vague, isolated statements. In his declaration, record at 144, one of the thief's employees, the would-be assassin, told Petitioner the thief was in politics and had the protection of the PRI, and then he testified similarly, record at 99, that the Neighborhood Thief had the protection of the federal government and the PRI was controlled by the federal government. Again, there's no evidence that this individual was a government official or a party leader. Petitioner never criticized the government or the PRI. He just asked this individual to give the lumber back. That was the only act in opposition to the thief's activities that he did, was to go to his house and ask him to give the lumber back. Regarding the passage in the record at page 94, this is the testimony where Petitioner testified, yes, he also said that I had beaten him up for the position of black captain. And again, this was not in his declaration. This is something that he testified to during cross-examination. I mean, it's not entirely clear what he meant by this sentence. I think it's equivocal. But I think the reading that Petitioner urges is that it means that Petitioner had beaten the Neighborhood Thief out for the position of black captain. They were political rivals, and he was attacking him because he had lost out on the position of black captain to Petitioner. But even if this is the reading, even if that's what the sentence means, I mean, this is still a personal grudge. It's not a political opinion. Both the Neighborhood Thief and Petitioner were both affiliated with the PRI. Record at 81, Petitioner was affiliated with the PRI. And record at 144, the Thief was affiliated with the PRI. I mean, so they were both politically in the same party. And even if this sentence at record at 94 does mean that Petitioner had beaten him out in the race for black captain, that's simply a personal grudge. It's personal animosity rather than any political opinion. In addition, the evidence was not clear whether Petitioner's position as black captain was even a political position or a government position. Record at 88 questioned the black captain position. Was it an official position in any way? And Petitioner answers, no, it wasn't yet. Question, was it an official position with the government? Then he testifies, yes, it was. But the next page, record at 89, he clarifies, well, it wasn't really a recognized position. It was just the start of political involvement. Record at 81, he's asked about his political opinions. Were you a member of the party? Answer, yes, but I only participated a little bit. And then he clarifies that what he meant by that was that he voted for the PRI. And record at 100, I was supposed to take some initiative, or the PRI was, but it never happened. So the evidence in the record is not clear whether Petitioner's position as a black captain was even a political position. I mean, it's equivocal, and in that sense, it doesn't compel reversal. I'll just briefly touch on the record evidence regarding Fausto, the individual who recruited him for this job. He stated in his declaration record at 141 that Fausto claimed to be in politics and initially testified he was from the PRI. Record at 80. But he later clarifies he wasn't really in the government and in politics. He was just starting. That's record at 99. And when asked if he held any, if he was elected to any office, Petitioner answered, I don't really know. Record at 89. Substantial evidence supports the Board's determination in this case. Unless the Court has questions, that concludes the government's presentation. We would ask the Court to deny the petition. Just a quick question, if I may, with regard to what was actually the findings urged upon the immigration judge. It didn't seem as though the theory that was being presented here, at least in the briefs about being a whistleblower, was actually something that was urged upon the immigration judge. And I'm just wondering if you could characterize what the position of the petitioner was at that point. Before the immigration judge, Your Honor? Yes. If I recall correctly, I think he was proceeding under a whistleblower theory that he had blown the whistle on this powerful neighborhood leader who he claimed was in politics. I believe that was his theory before the immigration judge, as opposed to this notion regarding the site at Record at 94, about beating him up for the position of black captain. Thank you. Thank you. Are there any further questions of the? No, thank you. Thank you. Can I make one comment, Your Honor? Your time has expired. Thank you. Thank you.
judges: Stotler, Schroeder, Bybee